UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SETH NADREAU, individually, ROBERT WADE
WHITMER, individually, JENNIFER SHAKAN,
individually, KIM PEARCE,, individually, SHAUN
GILLIES, individually, CATALINA
HERNANDEZA, individually, DANIEL CORTEZ,

       Plaintiffs,

-vs-              Case No. 2:10-cv-298-FtM-36DNF

LUSH COSMETICS NY, LLC, a foreign
corporation, doing business as Lush Handmade
Cosmetics,

       Defendants.
_____

**ORDER**

This matter comes before the Court on the Parties' Joint Motion for Counsel to Meet Telephonically to Prepare and File a Case Management Report (Doc. #30) filed on July 9, 2010. Pursuant to Local Rule 3.01(i), "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." As grounds, the Plaintiff's Counsel is located in Boca Raton, Florida and the Defendant's Counsel is located in Jacksonville, Florida and San Francisco, California. Because they are located in different cities across the country, the Court finds good cause to grant the Motion.

Accordingly, it is now

**ORDERED:**

The Parties' Joint Motion for Counsel to Meet Telephonically to Prepare and File a Case Management Report (Doc. #30) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record